Daniel L. Feder (SBN 130867)
**LAW OFFICES OF DANIEL FEDER**
235 Montgomery Street Suite 1019
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432
daniel@dfederlaw.com

Attorneys for Plaintiff,
Leslie Weise

# UNITED STATES DISTRICT COURT

# FOR NORTHERN CALIFORNIA

| | |
|---|---|
| LESLIE WEISE, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VOLTA CHARGING INDUSTRIES, LLC, VOLTA CHARGING, LLC,  VOLTA INDUSTRIES INC. and VOLTA INC., a Delaware Corporation doing business as Volta Inc; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00142-AGT<br><br>**DANIEL FEDER'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Date:　　September 22, 2023<br>Time:　　10:00 am<br>Judge:　　The Hon. Alex Tse |

NOTICE OF MOTION TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on September 22, 2023, at 10:00 am., or as soon thereafter as the matter may be heard before the Honorable Alex Tse, United States District Judge, Courtroom 7, 19th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California  94102, Daniel Feder of the Law Offices of Daniel Feder, 235 Montgomery Street, Suite 1019, San Francisco, CA 94104, shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Plaintiff Leslie Weise ("Plaintiff").

MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS Pursuant to LOCAL R. 11-5, Daniel Feder ("Movant") hereby notifies the parties and the Court of his intent to withdraw as counsel for Plaintiff Leslie Weise.

Movant states the following grounds for this notice and motion:

1. Movant's attorney-client representation agreement has been terminated.  Plaintiff Leslie Weise has retained new counsel--Amy Burma, of the Law Office of Amy Burma, Burma Law Offices, (720) 464-5655; [amy@burmalawoffices.com](mailto:amy@burmalawoffices.com), 1035 Pearl St Boulder, CO 80302.
2. Additionally, Plaintiff is an attorney, licensed in California.
3. Movant has made diligent efforts to obtain a signed consent for an Order of Substitution of Counsel from Ms. Burma but has not been successful.
4. Ms. Burma has suggested that Movant file a motion to withdraw.
5. Movant's withdrawal will not cause any prejudice or delay in this case.
6. This Notice of Motion and Motion to Withdraw has been served by email and Federal Express, overnight delivery on Plaintiff and Plaintiff's new counsel, Amy Burma.

THEREFORE, Movant Daniel Feder respectfully requests that this Court waive oral argument on this Motion, grant him leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated: August 17, 2023

Law Offices of Daniel Feder

/s/ Daniel L. Feder

**DANIEL FEDER**