UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE WEISE,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLTA CHARGING INDUSTRIES, LLC, et al.,<br><br>    Defendants. | Case No. 23-cv-00142-AGT<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 15 |

Daniel Feder's unopposed motion to withdraw as counsel for plaintiff Leslie Weise is granted. By September 15, 2023, Mr. Feder must (1) serve a copy of this order on plaintiff and plaintiff's new counsel, Amy Burma, who has yet to enter a notice of appearance in this case, and (2) file a proof of service.

If Ms. Burma intends to represent plaintiff in this action, she must enter a notice of appearance by September 22, 2023.

**IT IS SO ORDERED.**

Dated: September 8, 2023

ALEX G. TSE
United States Magistrate Judge