REBECCA BENHURI, Bar No. 209443
rbenhuri@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone:  415.433.1940
Fax No.:    415.399.8490

Attorneys for Defendants
VOLTA CHARGING INDUSTRIES, LLC, VOLTA CHARGING, LLC, VOLTA INDUSTRIES INC. and VOLTA INC.

LESLIE WEISE
3054 11TH Street
Boulder, CO 80304

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE WEISE, an individual,<br><br>             Plaintiff,<br><br>        v.<br><br>VOLTA CHARGING INDUSTRIES, LLC, VOLTA CHARGING, LLC, VOLTA INDUSTRIES INC. and VOLTA INC., a Delaware Corporation doing business as Volta Inc; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 3:23-cv-00142-AGT<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)**<br><br>Complaint Filed: January 11, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff LESLIE WEISE ("Plaintiff") and Defendants VOLTA CHARGING INDUSTRIES, LLC, VOLTA CHARGING, LLC, VOLTA INDUSTRIES INC. and VOLTA INC. ("Defendants") (collectively, the "Parties"), by and through Defendants' counsel of record and by Plaintiff in pro per, that the above referenced action, and all causes of action and all claims asserted therein, be, and are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(1). The Parties reached a

confidential resolution of this dispute which has been embodied in a Confidential Settlement Agreement and General Release of Claims.

**IT IS SO STIPULATED.**

Dated: September 27, 2023

LITTLER MENDELSON, P.C.

By: _____
Rebecca Benhuri

Attorneys for Defendants
Volta Charging Industries, LLC., Volta Charging, LLC, Volta Industries Inc., and Volta Inc.

Dated: September 27, 2023

LESLIE WEISE

By: _____
Leslie Weise, Plaintiff in Pro Per

### FILER ATTESTATION

Pursuant to Local Rule 5-1.h-(3) I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Rebecca Benhuri*
Rebecca Benhuri

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Order. The above matter, in its entirety, is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

U.S. DISTRICT COURT JUDGE ALEX G. TSE

4870-2933-5170.1 / 080828-1000