1  REBECCA BENHURI, Bar No. 209443
   rbenhuri@littler.com
2  LITTLER MENDELSON, P.C.
   333 Bush Street
3  34th Floor
   San Francisco, California 94104
4  Telephone:  415.433.1940
   Fax No.:    415.399.8490
5
   Attorneys for Defendants
6  VOLTA CHARGING INDUSTRIES, LLC, VOLTA
   CHARGING, LLC, VOLTA INDUSTRIES INC. and
7  VOLTA INC.

8
   LESLIE WEISE
9  3054 11TH Street
   Boulder, CO 80304
10
   Plaintiff In Pro Per
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15  LESLIE WEISE, an individual,            Case No. 3:23-cv 00142-AGT

16              Plaintiff,                   **JOINT STIPULATION AND ORDER
                                             FOR DISMISSAL WITH PREJUDICE
17      v.                                   PURSUANT TO FRCP 41(A)(1)**

18  VOLTA CHARGING INDUSTRIES, LLC,          Complaint Filed: January 11, 2023
    VOLTA CHARGING, LLC, VOLTA
19  INDUSTRIES INC. and VOLTA INC., a
    Delaware Corporation doing business as Volta
20  Inc; and DOES 1-50, inclusive,

21              Defendants.

22

23      IT IS HEREBY STIPULATED by and between Plaintiff LESLIE WEISE ("Plaintiff") and

24  Defendants VOLTA CHARGING INDUSTRIES, LLC, VOLTA CHARGING, LLC, VOLTA

25  INDUSTRIES INC. and VOLTA INC. ("Defendants") (collectively, the "Parties"), by and through

26  Defendants' counsel of record and by Plaintiff in pro per, that the above referenced action, and all

27  causes of action and all claims asserted therein, be, and are hereby DISMISSED WITH

28  PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(1). The Parties reached a

confidential resolution of this dispute which has been embodied in a Confidential Settlement Agreement and General Release of Claims.

**IT IS SO STIPULATED.**

Dated: September 27, 2023                    LITTLER MENDELSON, P.C.

                                             By: _____
                                                 Rebecca Benhuri

                                             Attorneys for Defendants
                                             Volta Charging Industries, LLC., Volta
                                             Charging, LLC, Volta Industries Inc., and
                                             Volta Inc.

Dated: September 27, 2023                    LESLIE WEISE

                                             By: _____
                                                 Leslie Weise, Plaintiff in Pro Per

### FILER ATTESTATION

Pursuant to Local Rule 5-1.h-(3) I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Rebecca Benhuri
Rebecca Benhuri

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Order. The above matter, in its entirety, is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: October 12, 2023



U.S. ALEX G. TSE

4870-2933-5170.1 / 080828-1000